IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 3:20MJ050

INTOWN SUITES EXTENDED STAY
HOTEL, ROOM 252, 8981 KINGSRIDGE
DRIVE, DAYTON, OHIO 45458

: ORDER AUTHORIZING THE UNITED
STATES TO PROVIDE DEFENSE
: COUNSEL A COPY OF THE SEALED
SUPPORTING AFFIDAVIT TO
: SEARCH WARRANT WITH LIMITED
DISSEMINATION
:

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 FEB 21 PM 3:50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide F. Arthur Mullins, Esq. and/or his representative as counsel for defendant John Clarence Golden, Jr., a copy of the sealed Supporting Affidavit to Search Warrant filed on January 29, 2020 in the above captioned case without dissemination of a hard copy of the documents other than orally to his respective client. Further, the Supporting Affidavit shall remain under seal in its entirety until such time as ordered by the Court.

2/21/20
DATE

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE